IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES A. GRAHAM, | * | |
| Plaintiff, | * | |
| vs. | * | No. 1:11CV00020 SWW |
| ENTERGY ARKANSAS, INC., | * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, plaintiff's complaint is dismissed. Plaintiff's federal claims are dismissed with prejudice. Plaintiff's state-law claims are dismissed without prejudice.

DATED this 19TH day of October, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE