IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JAMES A. GRAHAM, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 1:11CV00020 SWW |
| | * |
| ENTERGY ARKANSAS, INC., | * |
| | * |
| Defendant. | * |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, plaintiff's complaint is dismissed. Plaintiff's federal claims are dismissed with prejudice. Plaintiff's state-law claims are dismissed without prejudice.

DATED this 19TH day of October, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE